District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALI MOHAMED IBRAHIM,<br><br>               Plaintiff,<br><br>     v.<br><br>UR JADDOU, *et al.*,<br><br>               Defendants. | Case No. 2:24-cv-01700-TL<br><br>STIPULATED MOTION TO REMAND AND DISMISS AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>December 11, 2024 |

The parties STIPULATE and MOVE under Local Civil Rules 7(d)(1) and 10(g) to remand this case to United States Citizenship and Immigration Services ("USCIS") for adjudication of Plaintiff's N-400, Application for Naturalization. In support of this motion, USCIS agrees to adjudicate Plaintiff's N-400 Application within 90 days of the interview scheduled for January 7, 2025.

USCIS further represents that if Plaintiff's N-400 Application is denied and Plaintiff electronically submits an N-336, Request for a Hearing on a Decision in Naturalization Proceedings, USCIS will schedule the N-336 hearing to be held within 51 days after the denial date. However, if Plaintiff submits an N-336 by mail to a lockbox for filing, USCIS will schedule the N-336 hearing to be held within 65 days after the denial date. Furthermore, USCIS

STIPULATED MOTION TO REMAND
[Case No. 2:24-cv-01700-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

agrees to issue a final decision within 180 days after the N-336 hearing.  The parties therefore believe that a remand to USCIS will allow for the most expeditious resolution of this matter.

Accordingly, the parties stipulate that the case is dismissed without prejudice and with leave to refile if necessary and is remanded to USCIS for the purpose of adjudicating Plaintiffs' N-400 Application in the time stated above.  The parties shall bear their own costs and fees.

DATED this 11th day of December, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | LAW OFFICES OF BART KLEIN |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov<br><br>*Attorneys for Defendants* | *s/ Bart Klein*<br>BART KLEIN, WSBA #10909<br>605 First Avenue South, Suite 500<br>Seattle, WA 98104<br>Phone: (206) 624-3787<br>Fax:    (206) 238-9975<br>Email: Bart.Klein@bartklein.com<br><br>*Attorney for Plaintiff* |

*I certify that this memorandum contains 205 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION TO REMAND
[Case No. 2:24-cv-01700-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the case is remanded to USCIS and dismissed without prejudice and without an award of costs or fees to either party.  USCIS shall adjudicate Plaintiff's N-400 Applications within 90 days of the interview scheduled for January 7, 2025.  If the Plaintiff's N-400 Application is denied and the Plaintiff electronically submits an N-336 Request for a Hearing on a Decision in Naturalization Proceedings, USCIS shall schedule the N-336 hearing to be held within 51 days after the denial date. However, if Plaintiff submits an N-336 by mail to a lockbox for filing, USCIS shall schedule the N-336 hearing to be held within 65 days after the denial date. Furthermore, USCIS shall issue a final decision within 180 days after the N-336 hearing.

DATED this 11th day of December 2024.

_____
TANA LIN
United States District Judge

STIPULATED MOTION TO REMAND
[Case No. 2:24-cv-01700-TL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800